# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 23cr0672-W |
| Plaintiff, | ) **ORDER GRANTING** |
| v. | ) **CONTINUANCE OF DEFENDANTS'** ) **MOTION HEARING** |
| LUIS MIRAMONTES-PEDRAZA, ISAAC MIRAMONTES-PEDRAZA, | ) |
| Defendants. | ) |

Upon joint motion of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing for Defendants Luis Miramontes-Pedraza and Isaac Miramontes-Pedraza is continued to **December 18, 2023, at 9:00 a.m.** In accordance with 18 U.S.C. § 3161, time is excluded in the interest of justice until December 18, 2023.

Dated: 11/1/23

HON. THOMAS J. WHELAN
U.S. DISTRICT COURT JUDGE

1